IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JOHN E. PAUL,

                Defendant.

ORDER

03:07-cr-0079-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant John E. Paul by counsel Brian Fahl has filed a notice of appeal and notice of intent to appeal <u>in forma pauperis</u>. From my review of the notices and the presentence report, I am satisfied that defendant is financially unable to pay the costs of his appeal. I conclude also that defendant is financially eligible for the appointment of counsel. I will send the Court of Appeals for the Seventh Circuit a copy of this order so that it may appoint appellate counsel for defendant.

      Entered this 26th day of December, 2007.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge